No. 96–9521. GARCIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9522. GRAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9523. GARDELEY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–9524. HANLEY *v.* MADDOX ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–9525. HEARN *v.* HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–9526. GATES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–9527. MARTORANO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–9528. JAMES, AKA MITCHELL, AKA SMITH *v.* THICKENS ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–9530. McDONALD *v.* INLAND CONTAINER CORP. Sup. Ct. Ga. Certiorari denied.

No. 96–9531. KINDER *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 96–9532. LEWIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–9533. JAMES *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 96–9534. JAMES *v.* BARCLIFT ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–9535. LONAY *v.* STOOKEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–9536. JANNEH *v.* RUNYON, POSTMASTER GENERAL. C. A. 2d Cir. Certiorari denied.